IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHAWN LARON DAVIS,
        Petitioner,
       v.
UNITED STATES OF AMERICA,
        Respondent.

**Judgment in a Civil Case**

Case Number: 5:12-HC-2197-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for consideration of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that the § 2241 petition is granted.

This Judgment Filed and Entered on August 17, 2012, with service on:
Devon Donahue and Eric D. Goulian (via CM/ECF Notice of Electronic Filing)

August 17, 2012                                              /s/ Julie A. Richards
                                                                  Clerk

Raleigh, North Carolina